# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

        **v.**

**KEVIN DWAYNE HESTER,**

          **Defendant.**

**No. 3:20-cr-00268-MO-1**

**ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A**

IT IS ORDERED that CJA Panel attorney Edie M. Rogoway is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Gerald Needham for Kevin Dwayne Hester, effective September 25, 2020.

DATED this __5___ day of October, 2020.

*Michael W. Mosman*
Honorable Michael W. Mosman
United States District Court Judge

Presented by:

Lisa C. Hay
Federal Public Defender