A. Alexander Hamalian OSB #960684
The Law Office of A. Alexander Hamalian
The Stanley Printing Building
5220 NE Sandy Blvd
5221 Portland, OR 97213
503-222-5026
503-274-7975 (fax)
mo@rosecitylaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KEVIN HESTER,<br><br>            Defendant. | No. CR 00268-MO<br><br>**DECLARATION IN SUPPORT OF OPPOSED MOTION TO CONTINUE TRIAL DATE** |

I, A. Alexander Hamalian, declare the following to be true to the best of my knowledge:

1. On October 20, 2020 I was retained by the Defendant, Kevin Hester in this prosecution, pursuant to the Criminal Justice Act, 18 USC 3006A by Order of the Honorable Michael W. Mosman;

2. I make this Declaration in support of the attached Unopposed Motion to Continue trial date;

3. Mr. Kevin Hester is charged with two counts of Possession with Intent to Distribute Methamphetamine.

4. Kevin Hester needs to complete treatment.

Page 1 - DEFENDANT'S DECLARATION FOR MOTION TO CONTINUE
LAW OFFICE OF A. ALEXANDER HAMALIAN
STANLEY PRINTING BUILDING
5220 NE SANDY BLVD
PORTLAND, OREGON 97213
(503) 222-3641

5. A continuance of the current trial date for approximately 120 days is necessary to provide the defense with adequate time to complete discovery review; to conduct independent investigation, continue ongoing negotiations that would produce an outcome outside of trial ; and/or to prepare for trial; and to otherwise complete preparations for Mr. Kevin Hesters defense;

6. This is the Second motion to reset the trial date filed in this case on behalf of current counsel;

7. I have contacted AUSA Byron Chatfield and on behalf of the government he does not oppose this requested continuance;

8. I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with ORCP 1E.

Date: 3/12/21

Respectfully Submitted;

LAW OFFICE OF A. ALEXANDER HAMALIAN

_____
A. Alexander Hamalian, OSB #960684
Attorney for Defendant

Page 2 - DEFENDANT'S DECLARATION FOR MOTION TO CONTINUE
LAW OFFICE OF A. ALEXANDER HAMALIAN
STANLEY PRINTING BUILDING
5220 NE SANDY BLVD
PORTLAND, OREGON 97213
(503) 222-3641